AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

EASTERDAY RANCHES, INC., a Washington corporation,

                            v.

U.S. DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary of the U.S. Department of Agriculture; AGRICULTURAL MARKETING SERVICE, an agency of the U.S. Department of Agriculture; et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5067-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

| February 5, 2010 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |